UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
CARMEN TAVAREZ-VARGAS,                                      :
:
                      Plaintiff,            :
:          21-CV-10809 (VSB)
       -against-                                :
:              **ORDER**
STEEL TECHNOLOGY, LLC,                                       :
:
                      Defendant.          :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       Plaintiff filed this action on January 21, 2022. (Doc. 1). Defendant's time to respond to Plaintiff's complaint was originally due on January 28, 2022. (Doc. 5.) Since then, Defendant has been granted two extensions of time to respond to the complaint. (Docs. 7 & 9.) The most recent extension Defendant requested and received rendered Defendant's response due on March 10, 2022. (Doc. 9.) However, Defendant has yet to respond to the complaint. Accordingly, if Plaintiff intends to seek a default judgment, she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than March 24, 2022. If Plaintiff fails to do so or otherwise demonstrates that she does not intend to prosecute, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    March 11, 2022
              New York, New York
                                                  VERNON S. BRODERICK
                                                  United States District Judge