UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
CARMEN TAVAREZ-VARGAS,                          :
:
                           Plaintiff,    :
:     21-CV-10809 (VSB)
           -against-                                    :
:     **ORDER**
STEEL TECHNOLOGY, LLC,                          :
:
                        Defendant.    :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      It has been reported to the Court that the parties in this case have reached a settlement in principal. (Doc. 11.) Accordingly, it is hereby:

      ORDERED that the above-captioned action is dismissed without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: March 16, 2022
       New York, New York

                                                 Vernon S. Broderick
                                                 United States District Judge